EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2010 TSPR 10 |
| Antonio Ríos Acosta | 177 DPR _____ |

Número del Caso: TS-5218

Fecha: 25 de enero de 2010

Abogado de la parte peticionaria:
        Por derecho propio

Oficina de Inspección de Notarías:
        Lcda. Lourdes I. Quintana Llorens

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Antonio Ríos Acosta                          TS-5218

RESOLUCIÓN

En San Juan, Puerto Rico, a 25 de enero de 2010.

Examinada la Solicitud de Reinstalación al Ejercicio de la Notaría, se reinstala al licenciado Antonio Ríos Acosta al ejercicio de la notaría.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo